**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 22, 2021

Mr. Brandon H. Bokony
   and Bruce H. Bokony
7573 Highway 110
Clinton, AR  72031

  RE:  21-1159  Bruce Bokony, et al v. Dept. of Defense, et al

Dear Sirs:

  The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

  Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

  The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

  The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment. If you cannot afford a transcript and you have in forma pauperis status, you may file a motion with this court seeking preparation of a transcript at government expense. If you do not have in forma pauperis status and cannot afford a transcript, you must file a motion with the district court for permission to appeal as a poor person. Please note the motions for appointment of counsel are rarely granted in pro se civil cases.

Page Two
21-1159

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc:     Ms. Jamie Goss Dempsey
        Mr. Jim McCormack
        Ms. Shannon S. Smith

District Court/Agency Case Number(s): 4:19-cv-00608-DPM

**Caption For Case Number:   21-1159**

Bruce H. Bokony; Brandon H. Bokony

       Plaintiffs - Appellants

v.

Department of Defense, Secretary of Defense, Christopher C. Miller; The Department of the Navy, Kenneth J. Braithwaite, Secretary of the Department of the Navy; Alvin Holsey, Commander Navy Personnel Command, Rear Admiral; Does, United States Navy Personnel Command

       Defendants - Appellees

**Addresses For Case Participants:   21-1159**

Mr. Brandon H. Bokony
7573 Highway 110
Clinton, AR  72031

Bruce H. Bokony
7573 Highway 110
Clinton, AR  72031

Ms. Jamie Goss Dempsey
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Shannon S. Smith
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
500
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201